**Order filed December 1, 2011.**



**In The**

# Fourteenth Court of Appeals

**NO. 14-11-00900-CV**

**CITIGROUP GLOBAL MARKETS REALTY CORPORATION, Appellant**

**V.**

**STEWART TITLE GUARANTY COMPANY, Appellee**

*and*

**NO. 14-11-00901-CV**

**K.R. PLAYA VI, S. DE R.L., DE C.V., Appellant**

**V.**

**STEWART TITLE GUARANTY COMPANY, Appellee**

**On Appeal from the 295th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2008-03256**

# O R D E R

On November 10, 2011, appellants Citigroup Global Markets Realty Corporation and K.R. Playa VI, S. de R.L., de C.V. filed an unopposed motion to consolidate appeals numbered 14-11-00900-CV and 14-11-00901-CV.

The motion is granted and the court orders the appeals **CONSOLIDATED.**

PER CURIAM

Panel consists of Justices Brown, Boyce, and McCally.